**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 320 MAL 2021
:
Respondent :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
RASHAWN MOSLEY, :
:
Petitioner :

**ORDER**

**PER CURIAM**

     **AND NOW**, this 30th day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.